AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

RECEIVED
2019 JUL 31 A 11: 32

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>One Priority Mail parcel addressed to Jim Flowers, 100 3rd St., Andalusia, AL 36420 bearing tracking number 9505514179789208322421 | )<br>)<br>)<br>)<br>)<br>) Case No. 2:19mj259-SRW |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
One Priority Mail parcel addressed to Jim Flowers, 100 3rd St., Andalusia, AL 36420 bearing tracking number 9505514179789208322421

located in the _____Middle_____ District of _____Alabama_____, there is now concealed *(identify the person or describe the property to be seized)*:
controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 843(b) | Controlled Substances Act |

The application is based on these facts:
See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*J. D. T.*
Applicant's signature

J. D. Tynan, Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: July 31, 2019

*[signature]*
Judge's signature

City and state: Montgomery, AL

SUSAN RUSS WALKER, U.S. MAGISTRATE JUDGE
Printed name and title

## ATTACHMENT A
## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

2019 JUL 31  A 11: 32

1.     I, James D. Tynan, have been a United States Postal Inspector for 17 years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, Alabama. I investigate incidents where the United States Mail is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. During my career, I have attended USPIS narcotics training classes and participated in local and national drug interdictions where I have become familiar with the smell of marijuana. I have also executed, and helped to execute, well over 100 search warrants on other drug parcels where various illegal drugs have been recovered and documented. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees. This affidavit only contains information necessary to support probable cause for a search warrant and is not intended to include every fact observed by your affiant or known to the government.

2.     Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances, and proceeds from controlled substances. In your affiant's training and experience, some areas of the country are known to be major sources for illegal drugs (drug source locations) being mailed into the state of Alabama. These drug source locations include the states of California, Arizona, Texas, Colorado, Oregon, and Washington. In your affiant's training and experience, drugs flow from these drug source locations to places like Montgomery, Alabama. In turn, proceeds from the sales of these illegal drugs in places like Montgomery, Alabama are sent back to the drug source locations as payments for the illegal drugs. I have participated in numerous cases involving the mailing of controlled substances from these drug source locations to Montgomery, Alabama and other areas. I have also been involved in numerous investigations where drug proceeds packages were seized enroute to these drug source locations in the U.S. Mail. My training and previous experience has made me familiar with the method and manner that drug traffickers use to move illegal drugs and drug proceeds through the U.S. Mail.

3.     Along with narcotics originating from source states, U.S. Postal Inspection Service cases have shown that items such as steroids and the substances used to manufacture steroids frequently originate overseas and are mailed or shipped into the U.S. I, along with other agents whom I have worked with, have personally

seen items used to manufacture steroids as well as other synthetic drugs, and medications mailed or shipped into the U.S. from countries such as Canada, China, India, the Netherlands, and Thailand. Steroids and other synthetic drugs are not the only items being mailed into the United States. Postal Inspection Service cases have showed items such as fentanyl, "Molly", ecstasy and Xanax pills mailed or shipped into the U.S. from Canada as well.

4.  Your affiant is aware that the distribution of illegal drugs and narcotics, and proceeds from the sales of these illegal drugs and narcotics through the U.S. mails, can make U.S. Postal Service employees and facilities targets of crimes during the unknowing delivery of drug or proceeds packages. Your affiant is also familiar with cases where U.S. Postal Service employees have been targeted for robbery because of packages known to contain illegal drugs and/or proceeds from the distribution of illegal drugs.

5.  On July 29, 2019, I was contacted by the Andalusia Post Office regarding a package they said emitted a strong odor. I asked them to forward the package to me for further investigation. On July 30, 2019, I received the package which emitted a strong odor of marijuana. The package, which was mailed from Tacoma, WA on July 27, 2019, is described below:

| | |
|---|---|
| Tracking Number: | 9505 5141 7978 9208 3224 21 |
| Color: | White |
| From: | Jarmene Taylor<br>11302 10th Ave. Ct E.<br>Apt D-CO |
| To: | Jim Flowers<br>100 3rd St.<br>Andalusia, AL 36420 |
| Postage: | $19.95 |
| Weight: | Approx. 3 lbs. 13 oz. |

6.  On July 30, 2019, I conducted a computerized address check via CLEAR (internet based records search databases) and the return address as written on the package was incomplete. According to the post office, the surname Flowers does receive mail at this address. Based on my training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address

information or address packages to vacant residences, as well as send packages with a waiver of signature request, in an attempt to disassociate themselves from the controlled substances. Also, it is common for drug parcels to be from the same surname addressed to the same surname.

7.  On July 31, 2019, trained narcotics dog handler Lt. Richard Talley, Alabama Department of Corrections, and his narcotics detector dog "Ace" conducted an exterior inspection of Priority Mail package bearing label 9505 5141 7978 9208 3224 21. The dog alerted, indicating the package contained the scent of controlled substances.

8.  "Ace" is a male Belgian Malinois approximately 7 years old, and has been working as a K9 narcotics detector dog since 2013. "Ace" participates in a minimum of 16 hours of in-service training per month, as well as routine usage. Per his handler, Lt. Richard Talley, "Ace" was certified through Central Alabama Police K-9 Training Association, Inc., and Alabama Canine Law Enforcement Officer's Training Center, Inc. "Ace" is certified to detect cocaine, marijuana, heroin, methamphetamine, crack and MDMA. Lt. Talley has been a canine narcotic handler with Alabama Department of Corrections for approximately 12 years; and has worked with "Ace" for approximately 6 years. Lt. Talley has confirmed the K-9's credibility and reliability. "Ace" has successfully alerted hundreds of times during training and real life situations. "Ace" is available 7 days a week to conduct drug sniffs for Alabama Department of Corrections and other outside agencies. "Ace" has several narcotic arrests.

9.  The Priority Mail package bearing label 9505 5141 7978 9208 3224 21 has been maintained unopened in the custody of the Postal Service in this District pending application for a search warrant.

_____
J. D. Tynan
Postal Inspector

Sworn to and subscribed before me this
31st day of July 2019, at
Montgomery, Alabama

_____
SUSAN RUSS WALKER
United States Magistrate Judge